UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN THE MATTER OF: **PATRICK HENRY NEWTON**    CASE NO: **05-04845-8-SWH**
**ANITA LAVETT NEWTON**

### REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
| --- | --- | --- |
| **HEILIG MEYERS MASTER TRUST**<br>P O BOX 96070<br>CHARLOTTE, NC 28296-0070 | $16.56 | 5/6/10 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**December 14, 2010**              /s/ Trawick H. Stubbs, Jr.
                           **TRAWICK H. STUBBS, JR.**
                           **CHAPTER 13 TRUSTEE**
                           **P. O. BOX 1618**
                           **NEW BERN, NC  28563**
                           **(252) 633-0074**