# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WILSON DIVISION

IN THE MATTER OF**: PATRICK HENRY NEWTON**          CASE NO:  **05-04845-8-SWH**
**ANITA LAVETT NEWTON**


## REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1.  That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:


| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **WELLS FARGO**<br>**3210 LAKE EMMA RD STE 2000**<br>**LAKE MARY, FL 32746** | **$181.30** | **5/6/10** |


2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.



**December 14, 2010**                              /s/ Trawick H. Stubbs, Jr.
**TRAWICK H. STUBBS, JR.**
**CHAPTER 13 TRUSTEE**
**P. O. BOX 1618**
**NEW BERN, NC  28563**
**(252) 633-0074**